# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| DON McDANIELS, | CV 02-00087 TJH (JWJx) |
| Plaintiff, | |
| v. | |
| MOBIL OIL CORPORATION, | Judgment |
| Defendant. | |

The Court, having granted Defendant's motion for summary judgment,

**It is Ordered, Adjudged and Decreed** that Plaintiff take nothing and that Judgment be, and hereby is, **Entered** in favor of Defendant Mobil Oil Corporation and against Plaintiff Don McDaniels.

**It is further Ordered** that each party shall bear their own costs.

Date:   May 9, 2008

_____
Terry J. Hatter, Jr.
Senior United States District Judge