# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| DON McDANIELS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>MOBIL OIL CORPORATION, ET AL,<br><br>　　　　　　Defendant. | CV 02-00087 TJH (JCx)<br><br>Judgment and Order<br><br>[JS-6] |

　　　On August 25, 2011, the Court granted Defendant's Rule 50 motion and enters judgment as a matter of law against Plaintiff,

　　　It is Ordered that Judgment shall be entered dismissing the above-entitled action.


Date: August 30, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　Terry J. Hatter, Jr.
　　　　　　　　　　　　　　　　　　　Senior United States District Judge